Gilbert Khachadourian Jr. (SBN 154413)
**WATSON, KHACHADOURIAN & IAMS, LLP**
1000 G Street, 2nd Floor
Sacramento, CA 95814
Telephone: (916) 498-6240
Facsimile: (916) 498-6245

Attorneys for Appellee
JEFFERSON PILOT SECURITIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>CLAUDE G. COSSU,<br><br>        Debtor,<br><br>CLAUDE G. COSSU,<br><br>        Appellant,<br><br>   v.<br><br>JEFFERSON PILOT SECURITIES,<br><br>        Appellee. | District Court Case Number:<br>CIV.S. 03-0390 WBS<br><br>Bankruptcy Court Case Number:<br>No. 01-25730-C-7<br><br>Adversary Proceeding Number:<br>No. 01-2397-C<br><br>Bankruptcy Appellate Panel Number:<br>No. EC-3-1069<br><br>**ORDER ON STIPULATION REMANDING CASE TO BANKRUPTCY COURT FOR FURTHER PROCEEDINGS** |

Pursuant to the stipulation of the parties, the above-captioned adversary proceeding is hereby ordered remanded to the United States Bankruptcy Court, Eastern District of California, Sacramento Division, for further proceedings consistent with the decision of the United States Court Of Appeals For The Ninth Circuit Ninth in this case. The August 29, 2005 status conference is hereby vacated.

DATED: August 17, 2005

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-

ORDER ON STIPULATION REMANDING CASE TO BANKRUPTCY
COURT FOR FURTHER PROCEEDINGS